Lester FLORENCE, Plaintiff—
Appellant,

v.

John E. POTTER, Postmaster General;
United States Postal Service,
Defendants—Appellees.

No. 04–1020.

United States Court of Appeals,
Fourth Circuit.

Submitted May 28, 2004.

Decided July 1, 2004.

Thomas B. Kobrin, Greensboro, North Carolina, for Appellant. Joan B. Binkley, Assistant United States Attorney, Greensboro, North Carolina, for Appellees.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Lester Florence appeals the district court's order granting summary judgment to Defendants in this action arising out of Florence's termination from employment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Florence v. Potter,* No. CA–02–624–1 (M.D.N.C. Nov. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*